IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

     vs.     CASE NO. 3:98CR0054-03 (SEC)

JOSE L. FRANCO-DIAZ

* * * * * * * * * * * * * * * *

ORDER

Upon petition of YVETTE VILLEGAS-OTERO, U.S. PROBATION OFFICER of this Court, alleging that defendant, José L. Franco-Díaz, has failed to comply with his conditions of supervision, it is ORDERED that he appear before this Court on _____ 2006 at _____, for a hearing to show cause, if there be any, why the supervised release term on the above-entitled case should not be revoked. Thereupon, Mr. Franco-Díaz be dealt with pursuant to law.

At this hearing, the offender will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue the corresponding summons to the offender, Mr. José Franco-Díaz, and provide defense counsel and the government with a copy of this Order.

IT IS SO ORDERED

In San Juan, Puerto Rico, this _____ day of December 2006.

_____
**SALVADOR E. CASELLAS**
**SENIOR U.S. DISTRICT JUDGE**