# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Scheduled Time: : 3:00
Starting Time: : 3:10
Ending Time: : 3:12
Total of Proceedings: 1

## MINUTES OF PROCEEDINGS

HONORABLE CHIEF MAGISTRATE JUDGE JUSTO ARENAS

COURTROOM DEPUTY: Brenda GONZALEZ        DATE: January 12, 2007

COURT REPORTER: FTR        CR. NO: 98-054-03 (SEC)

COURT INTERPRETER: Edna BRAYFIELD        PO: Martin de Santiago

==================================================================

Attorneys:    AUSA Evelyn Canals

United States of America

vs.

Jose Luis Franco-Diaz        Max Perez-Bouret, AFPD

==================================================================

Preliminary Hearing, in re: Violation of Supervised Release held. Defense counsel will not contest to the allegations made in the motion and will reserve the right to argue before the Judge at the final revocation hearing. AFPD Perez informed that both the Government and Probation Officer do not object that defendant remain on his own recognizance.

The Court finds probable cause to believe that the defendant violated his supervised release conditions. The case is referred to Senior Judge Casellas for a final revocation hearing. Defendant will remain on his own recognizance under the same supervised release conditions until the final revocation hearing.

s/ *Brenda Gonzalez-De la Concha*
Brenda Gonzalez-De la Concha
Courtroom Deputy Clerk