AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA

V.

**JOSE L. FRANCO-DIAZ**

**WARRANT FOR ARREST**

Case Number: 98-CR-054 (3)(SEC)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **JOSE L. FRANCO-DIAZ**
                                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   **X** Order of court   **X** Violation   Probation Violation Petition

charging him or her   (brief description of offense)
**ONCE DEFENDANT IS ARRESTED, HE SHALL BE BROUGHT BEFORE U.S. MAGISTRATE JUDGE *JUSTO ARENAS* FOR AN ORDER TO SHOW CAUSE HEARING, IN RE: SUPERVISED RELEASE VIOLATION. .**

in violation of _____ United States Code, Section(s) _____

Salvador E. Casellas
Name of Issuing Officer

S/ Salvador E. Casellas
Signature of Issuing Officer

Bail fixed at _____

U.S. District Judge
Title of Issuing Officer

January 3, 2007 on San Juan, Puerto Rico
Date and Location

by  Frances Ríos de Morán
Name of Judicial Officer

by: S/ Sulma López-Defilló
Deputy Clerk - Sulma López-Defilló

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED 1/3/2007 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/18/2007 | USMS | |